|   |   |
|---|---|
| 1 | Jack P. Burden, Esq. |
| 2 | Nevada State Bar No. 6918 |
|   | Jacquelyn Franco, Esq. |
| 3 | Nevada State Bar No. 13484 |
|   | **BACKUS | BURDEN** |
| 4 | 3050 South Durango Drive |
|   | Las Vegas, NV 89117 |
| 5 | (702) 872-5555 |
| 6 | (702) 872-5545 |
|   | jburden@backuslaw.com |
| 7 | *Attorneys for Defendant, Albertson's LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO PEREZ DEL RIVERO, individually, | ) Case No. 2:21-cv-02111-CDS-BNW |
| | ) |
| Plaintiff, | ) |
| vs. | ) **REVISED STIPULATION AND ORDER TO** |
| | ) **CONTINUE DEADLINE FOR PROPOSED** |
| ALBERTSON'S LLC d/b/a ALBERTSONS a limited liability company; DOES I–X; and ROE CORPORATIONS I-X, inclusive; | ) **JOINT PRETRIAL ORDER FOR 60 DAYS** |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff FRANCISCO PEREZ DEL RIVERO ("Plaintiff"), by and through his attorney of record, Joshua L. Benson, Esq. of the law firm Benson Allred, and Defendant ALBERTSON'S LLC ("Defendant"), by and through its attorneys of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law firm of BACKUS | BURDEN, hereby stipulate and agree to an extension of the deadline to file Proposed Joint Pretrial Order by sixty (60) days.

The Proposed Joint Pretrial Order is currently due to the Court by January 26, 2023. The Parties are trying to schedule a Judicial Settlement Conference in hopes of globally resolving the case, or at a minimum, determine which claims and/or defenses will be viable at trial; therefore, impacting the anticipated length of same.

Pursuant to LR IA 6-1(b), the Parties hereby aver that this is the first extension requested as it relates to the Joint Pretrial Order. Moreover, pursuant to Local Rule 26-3, it is respectfully

submitted the Parties' failure to request the instant extension prior to the filing deadline was the result of excusable neglect; specifically noting the failure to request the extension of was a mere oversight by the Parties. *Bateman v. U.S. Postal Service*, 231 F.3d 1220 (9th Cir. 2000). Further: 1) there is no danger of prejudice as the extension is stipulated by the Parties; 2) a sixty (60) day extension will not impact a trial date because the same has not been scheduled; 3) the Parties are hopeful to attend a settlement conference within the requested extended-period; and 4) the requested extension is made in good faith by both Parties. *Pioneer Investment Services v. Brunswick Associate's, Ltd.*, 507 U.S. 380, 395 (1993).

As such, the Parties stipulate and agree to jointly ask the Court to extend the deadline to submit the Proposed Joint Pretrial Order by 60 days to March 27, 2023.

IT IS SO STIPULATED.

DATED this 31st day of January, 2023.

BENSON ALLRED

*/s/ Joshua Benson*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Counsel for Plaintiff*

DATED this 31st day of January, 2023.

BACKUS | BURDEN

*/s/ Jack P. Burden*
Jack P. Burden, Esq.
Nevada Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, Nevada 89117
*Counsel for Defendant*

## ORDER
**IT IS SO ORDERED**

**DATED:** 5:02 pm, February 06, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**