Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
*Attorneys for Defendant, Albertson's LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO PEREZ DEL RIVERO, individually, | Case No. 2:21-cv-02111-CDS-BNW |
| Plaintiff, | |
| vs. | **STIPULATION/REQUEST FOR SETTLEMENT CONFERENCE** |
| ALBERTSON'S LLC d/b/a ALBERTSONS a limited liability company; DOES I–X; and ROE CORPORATIONS I-X, inclusive; | |
| Defendants. | |

Plaintiff FRANCISCO PEREZ DEL RIVERO ("Plaintiff"), by and through his attorney of record, Joshua L. Benson, Esq. of the law firm Benson Allred, and Defendant ALBERTSON'S LLC ("Defendant"), by and through its attorneys of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law firm of BACKUS | BURDEN, hereby stipulate and request a Settlement Conference with the Honorable US Magistrate Judge Brenda Weksler.

The parties have met and conferred, in effort to avoid scheduling conflicts, and *do not* have availability on the following dates:

**February**
2/9 – 2/10
2/13 – 2/28

**March**
3/1 – 3/3
3/10
3/15
3/21 – 3/22
3/28 – 3/29
3/31

**April**
4/3 – 4/4
4/10 – 4/14
4/18 – 4/20
4/27

WHEREFORE, the Parties respectfully request that the Court grant this request for a Settlement Conference.

IT IS SO STIPULATED.

DATED this 7th day of February, 2023.

BENSON ALLRED

*/s/ Joshua Benson*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Counsel for Plaintiff*

DATED this 7th day of February, 2023.

BACKUS | BURDEN

*/s/ Jack P. Burden*
Jack P. Burden, Esq.
Nevada Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, Nevada 89117
*Counsel for Defendant*

### ORDER

IT IS ORDERED that ECF No. 32 is GRANTED. A separate scheduling order will issue.

**IT IS SO ORDERED**
**DATED:** 10:54 am, February 10, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2