```
 1  Jack P. Burden, Esq.
    Nevada State Bar No. 6918
 2  Jacquelyn Franco, Esq.
    Nevada State Bar No. 13484
 3  BACKUS | BURDEN
    3050 South Durango Drive
 4  Las Vegas, NV 89117
    (702) 872-5555
 5  (702) 872-5545
 6  jburden@backuslaw.com
    Attorneys for Defendant, Albertson's LLC
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO PEREZ DEL RIVERO, individually, | Case No. 2:21-cv-02111-CDS-BNW |
| Plaintiff | |
| vs. | **Stipulation and Order For Dismissal with Prejudice** |
| ALBERTSON'S LLC d/b/a ALBERTSONS a limited liability company; DOES I–X; and ROE CORPORATIONS I-X, inclusive; | |
| Defendant | |

Plaintiff FRANCISCO PEREZ DEL RIVERO, by and through is counsel Joshua Benson, Esq. of BENSON ALLRED, and Defendant ALBERTSON'S LLC, by and through is counsel Jack Burden, Esq. and Jacquelyn Franco, Esq. of the law firm BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorney's fees and costs.

. . . .

1 ~~This Stipulation is entered in good faith, in the interests of judicial economy, and not for~~
2 ~~the purpose of delay~~. The Clerk of Court may close this case.

DATED this 16th day of June, 2023.   DATED this 16th day of June, 2023.

**BENSON ALLRED**   **BACKUS | BURDEN**

 */s/ Joshua Benson*   */s/ Jacquelyn Franco*
Joshua L. Benson, Esq.   Jack P. Burden, Esq.
Nevada Bar No. 10514   Nevada Bar No. 6918
333 N. Rancho Drive, Suite 420   Jacquelyn Franco, Esq.
 Las Vegas, Nevada 89106   Nevada Bar No. 13484
*Counsel for Plaintiff*   3050 South Durango Drive
   Las Vegas, Nevada 89117
   *Counsel for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED:  June 16, 2023

RESPECTFULLY SUBMITTED BY:
**BACKUS | BURDEN**

 */s/ Jacquelyn Franco*
Jack P. Burden, Esq.
Nevada Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, Nevada 89117
*Counsel for Defendant*

2